IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

VASTU, LLC, A WYOMING
LIMITED LIABILITY COMPANY,

      Appellant,

  v.

Case No.    5D22-621
LT Case No. 2019-CA-018871

JOSEPH REESE, REESE
ENTERPRISES, INC., A
FLORIDA CORPORATION, AND
C&S VENTURES OF BREVARD,
INC. D/B/A CURRI PROPERTIES,
A FLORIDA CORPORATION,

      Appellees.
_____/
Decision filed February 7, 2023

Appeal from the Circuit Court
for Brevard County,
Bruce W. Jacobus, Judge.

Michael R. Riemenschneider and Jeffrey L.
DeRosier, of Riemenschneider, Wattwood &
DeRosier, P.A., Melbourne, for Appellant.

Stewart Capps, of Stewart B. Capps, P.A.,
Indialantic, for Appellees.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.